THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADRIENNE M. WOODY,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>Defendant. | CASE NO. C14-0792-JCC<br><br>ORDER OF REMAND FOR AN AWARD OF BENEFITS |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for an award of benefits; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

//

//

//

//

//

ORDER OF REMAND FOR AN AWARD OF BENEFITS
PAGE - 1

1     DATED this 10th day of December 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE